**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOSHUA BLAIR, AND ALL OTHERS SIMILARLY SITUATED UNDER 29 U.S.C. § 216(b), | § § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:19-CV-00139-JRG-RSP |
| DALLAS COUNTY ADJUSTERS, INC. and KENNETH BARNES, | § § § § | |
| *Defendants*. | § § | |

## ORDER

The Magistrate Judge previously entered two Report and Recommendations ("R&Rs"). The first R&R recommended denial of the Rule 12(b)(3) Motion to Dismiss, and in the Alternative, Motion to Transfer Venue filed by Defendants Dallas County Adjusters, Inc. and Kenneth Barnes ("Transfer Motion"). (Dkt. No. 9). The second R&R recommended denial of Defendants' 12(b)(6) Motion to Dismiss Plaintiff Joshua Blair's First Amended Complaint ("Dismissal Motion"). (Dkt. No. 23). Defendants have now filed Objections to both R&Rs. (Dkt. No. 37 and Dkt. No. 38).

After consideration of the briefing on Defendants' Transfer and Dismissal Motions, the R&Rs, and Defendants' Objections to the R&Rs, the Court concludes that the objections are without sufficient merit. For that reason the Transfer Motion and Dismissal Motion are both hereby **DENIED**.

**So Ordered this**
**Dec 9, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE