# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOSHUA BLAIR, individually and on behalf of all others similarly situated under 29 U.S.C. 216(b), § § § § *Plaintiff*, § § v. § § DALLAS COUNTY ADJUSTERS, INC. and KENNETH BARNES, § § § § *Defendants*. § | Case No. 2:19-cv-00139-JRG-RSP |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice ("Motion"). Dkt. No. 55. After consideration, the Court **GRANTS** the Parties' Motion.

It is therefore **ORDERED** that (1) the above-captioned case and all of the claims and causes of action asserted therein are **DISMISSED WITH PREJUDICE** as to the re-filing of same, and (2) this Court will retain exclusive jurisdiction for the purposes of enforcing the Parties' Settlement Agreement and Mutual Release, fully executed on August 20, 2020, in the event of a default in settlement obligations by any Party to the same during the Period.

The Clerk shall close the case as no claims or defendants remain.

**So ORDERED and SIGNED this 3rd day of September, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE